```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
DELTA ENTERPRISE CORP.,                                       :
                                                              :
                              Plaintiff,                      :   24 Civ. 9460 (LGS)
                                                              :
                 -against-                                    :   ORDER
                                                              :
BACKYARD PRODUCTS, LLC,                                       :
                                                              :
                              Defendant.                      :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

The Court has been informed via e-mail that the parties have reached a settlement in principle in this case. The e-mail from Magistrate Judge Gabriel W. Gorenstein's chambers is appended to this Order. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are **DENIED** as moot, and all conferences are **CANCELED**.

Dated: February 25, 2025
       New York, New York

                                              _____
                                              **LORNA G. SCHOFIELD**
                                              **UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **From:** | Gorenstein NYSD Chambers |
| **To:** | Schofield NYSD Chambers |
| **Subject:** | RE: :24-cv-09460-LGS Delta Enterprise Corp. v. Backyard Products, LLC Letter |
| **Date:** | Thursday, February 20, 2025 3:38:51 PM |

Good afternoon,

Judge Gorenstein held a settlement conference with the parties, following which a settlement was reached. He recommends that Judge Schofield issue a "30 day order" under which the case is automatically closed in 30 days unless a party seeks to re-open the matter.

Please let us know if we can be of further assistance. The Order of Reference will now be closed.

Best,

Christine Foley
Courtroom Deputy to the Hon. Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
(212) 805-4260
Christine_Foley@nysd.uscourts.gov